# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COURTNEY FUOTI,** | : | No. 3:18cv1119 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Arbuckle) |
| | : | |
| **ANDREW M. SAUL, Commissioner of Social Security,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, in accordance with the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the government's objections (Doc. 14) are **OVERRULED**; Judge Arbuckle's R&R (Doc. 13) is **ADOPTED**; and the Commissioner's decision denying plaintiff's application for benefits is **VACATED**. The Clerk of Court is directed to **REMAND** this case to the Commissioner to conduct a new administrative hearing in accordance with this opinion. The Clerk of Court is further directed to enter judgment in favor of the plaintiff and against the Commissioner, as well as, **CLOSE** this case.

                                                                               **BY THE COURT:**

**Date: March 16, 2020**                              **s/ James M. Munley**
                                                                **JUDGE JAMES M. MUNLEY**
                                                                **United States District Court**